

# NUMBER 13-07-00483-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLASSTEX, INC.,                                            **Appellant,**

**v.**

ARCH ALUMINUM AND GLASS CO. INC.,
AND JAMES P. GRISSOM,                             **Appellees.**

## On appeal from the County Court at Law No. 2
## of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Garza and Benavides
### Order Per Curiam

On February 24, 2010, this Court abated this appeal due to the bankruptcy of one of the appellees, Arch Aluminum and Glass Co. Inc. ("Arch Aluminum"). *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. By order subsequently issued on August 30, 2013, this Court continued the abatement of this appeal due to the bankruptcy. Since that time, there has been no activity in this appeal.

The Court hereby ORDERS the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
29th day of July, 2015.